1    Mark C. Bauman, SBN 014955
     **BAUMAN LOEWE WITT**
2    **& MAXWELL, PLLC**
     8765 East Bell Road, Suite 204
3    Scottsdale, Arizona 85260
     Telephone: (480) 502-4664
4    Facsimile:  (480) 502-4774
     mbauman@blwmlawfirm.com
5

6    *Attorneys for Plaintiff,*
     *Philadelphia Indemnity Ins. Co.*
7

                    **UNITED STATES DISTRICT COURT**
8
               **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10   PHILADELPHIA INDEMNITY                      Case No.:   CV 12-01811 SC
     INSURANCE COMPANY, a foreign
11   corporation,

12        Plaintiff,                             **[PROPOSED] ORDER GRANTING**
                                                 **PLAINTIFFS LEAVE TO FILE A FIRST**
13   vs.                                         **AMENDED COMPLAINT PURSUANT TO**
                                                 **STIPULATION OF THE PARTIES**
14   BROAN-NUTONE, L.L.C., a Delaware
     limited liability company; A.O. SMITH,
15   CORP., a foreign corporation; DOES 1 – 20,
     inclusive,
16
          Defendants.
17

18

19        After consideration of the stipulation to provide leave for Plaintiff to file a First Amended

20   Complaint, the Exhibit A attached thereto, and all other matters presented,

21        IT IS HEREBY ORDERED

22        (1)    that Plaintiff will be permitted leave of court to file a First Amended Complaint;

23        (2)    that pursuant to Fed. R. Civ. P. 15(a)(3), the already appearing Defendants will

24               have fourteen (14) days from the date the First Amended Complaint is filed to file

25               their Answers; and

26   ///

27   ///

28   ///

                                                 **1**

     1802839v1

1     (3)     that Plaintiff will prepare a Summons and serve the newly named defendants

2             pursuant to Fed. R. Civ. P. 4.

3   IT IS SO ORDERED.

4   All previously scheduled deadlines and hearing dates are hereby vacated.

5   DATED: _____10/16/2013_____

6

7

8

9   

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**

1802839v1