1  Mark C. Bauman, SBN 014955
   **BAUMAN LOEWE WITT**
2  **& MAXWELL, PLLC**
   8765 East Bell Road, Suite 204
3  Scottsdale, Arizona 85260
   Telephone: (480) 502-4664
4  Facsimile:  (480) 502-4774
   mbauman@blwmlawfirm.com
5

6  *Attorneys for Plaintiff,*
   *Philadelphia Indemnity Ins. Co.*
7
                        **UNITED STATES DISTRICT COURT**
8
              **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10 | PHILADELPHIA INDEMNITY | Case No.:   CV 12-01811 SC |
11 | INSURANCE COMPANY, a foreign corporation, | |
12 | Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO STIPULATION OF THE PARTIES** |
13 | vs. | |
14 | BROAN-NUTONE, L.L.C., a Delaware limited liability company; A.O. SMITH, CORP., a foreign corporation; DOES 1 – 20, inclusive, | |
15 | | |
16 | | |
17 | Defendants. | |

18
19      After consideration of the stipulation to provide leave for Plaintiff to file a First Amended
20 Complaint, the Exhibit A attached thereto, and all other matters presented,
21      IT IS HEREBY ORDERED
22      (1)   that Plaintiff will be permitted leave of court to file a First Amended Complaint;
23      (2)   that pursuant to Fed. R. Civ. P. 15(a)(3), the already appearing Defendants will
24            have fourteen (14) days from the date the First Amended Complaint is filed to file
25            their Answers; and
26 ///
27 ///
28 ///

                                              **1**

1802839v1

1   (3) that Plaintiff will prepare a Summons and serve the newly named defendants
2       pursuant to Fed. R. Civ. P. 4.
3  IT IS SO ORDERED.
4  All previously scheduled deadlines and hearing dates are hereby vacated.
5  DATED: __10/16/2013_____



2

1802839v1