UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY, a foreign corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BAY AREA MECHANICAL ENGINEERING, INC., a California corporation; PHILADELPHIA INDEMNITY INSURANCE COMPANY, a foreign corporation; JACK BERZIN, an individual and DOES 1-200, inclusive.<br><br>　　　　Defendants. | Case No:  C 13-5767 SBA<br><br>**REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

　　　Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Samuel Conti to consider whether it is related to <u>Philadelphia Indemnity Insurance Company v. Broan-Nutone, L.L.C., et al.</u>, No. C 12-1811 SC.

　　　IT IS SO ORDERED.

Dated: March 11, 2014

　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge