Mark C. Bauman, SBN 252584
Scott Loewe, SBN 230606
C. Edwin Witt, Jr., SBN 232100
Adam M. Romney, SNB 261974
**BAUMAN LOEWE WITT & MAXWELL, PLLC**
8765 E. Bell Road, Suite 210
Scottsdale, AZ  85260
Tel: (480) 502-4664
Fax: (480) 502-4774
Email: mbauman@blwmlawfirm.com
Email: sloewe@blwmlawfirm.com
Email: ewitt@blwmlawfirm.com
Email: aromney@blwmlawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a foreign corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BROAN-NUTONE, L.L.C., a Delaware limited liability company; A.O. SMITH, CORP., a foreign corporation; DOES 1 – 20, inclusive,<br><br>    Defendants. | Case No.:   3:12-cv-01811-SC<br><br>[~~PROPOSED~~] ORDER SETTING THE TRIAL SETTING/STATUS CONFERENCE FOR JANUARY 12, 2015, THE SAME DATE AS ORAL ARGUMENT |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

After consideration of Plaintiff's request to have the Trial Setting/Status Conference heard on the same day as Oral Argument, January 12, 2015, the Court ORDERS AS FOLLOWS:

The Court GRANTS Plaintiff's request to reschedule the Trial Setting/Status

1

1  Conference and hereby vacates the Trial Setting/Status Conference scheduled for February
2  20, 2015, and sets the Trial Setting/Status Conference for January 12, 2015, at 10:00 a.m.,
3  Courtroom 1, 17th Floor, San Francisco before Hon. Samuel Conti.
4        The Court FURTHER ORDERS that the parties shall file their Joint Status Report,
5  containing new proposed trial dates, on January 5, 2015.

**IT IS SO ORDERED**

Dated: 12/18/2014



_____
Hon. Samuel Conti
Judge, United States District Court

---

2

**[PROPOSED] ORDER SETTING THE TRIAL SETTING/STATUS CONFERENCE FOR JANUARY 12, 2015, THE SAME DATE AS ORAL ARGUMENT**