**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

    Plaintiff,

  v.

BROAN-NUTONE, L.L.C.; et al.,

    Defendants.

Case No. 12-cv-01811-SC

ORDER DENYING MOTION TO BIFURCATE

    A jury trial is scheduled in this matter for May 11, 2015. On March 12, 2015, Defendants Broan-Nutone, LLC and A.O. Smith Corporation filed a motion to bifurcate the liability and damages phases of trial. ECF No. 102. The motion is fully briefed. See ECF Nos. 106 ("Opp'n"), 107 ("Reply"). The Court discussed the motion briefly, but did not hear oral argument, at a hearing on April 3, 2015.

    Federal Rule of Civil Procedure 42(b) permits the Court to order separate trials "[f]or convenience, to avoid prejudice, or to expedite and economize." Both the Rule and the caselaw

interpreting it make clear that the decision whether or not to bifurcate a trial is committed to the discretion of the district court.  See, e.g., Zivkovic v. S. California Edison Co., 302 F.3d 1080, 1088 (9th Cir. 2002) ("Rule 42(b) of the Federal Rules of Civil Procedure confers broad discretion upon the district court to bifurcate a trial . . . ."); Jinro Am. Inc. v. Secure Investments, Inc., 266 F.3d 993, 998 (9th Cir.) opinion amended on denial of reh'g, 272 F.3d 1289 (9th Cir. 2001) ("Under Rule 42(b), the district court has broad discretion to bifurcate a trial . . . ."); MySpace, Inc. v. Graphon Corp., 732 F. Supp. 2d 915, 917 (N.D. Cal. 2010) ("Bifurcation should be ordered only when it will result in judicial economy and will not unduly prejudice any party.  Whether and how to bifurcate trials is a matter left within the sound discretion of the district court.") (internal citation omitted).

    The Court finds that bifurcation of the trial in this matter will only serve to delay and complicate the trying of this case, which is set for trial in about four weeks.  Additionally, the Court finds that bifurcating the trial in this case will not "result in judicial economy."  See MySpace, 732 F. Supp. 2d at 917.  Accordingly, Defendants' motion to bifurcate the trial in this matter is DENIED.

    IT IS SO ORDERED.

Dated: April 15, 2015

                                    UNITED STATES DISTRICT JUDGE